Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Amarillo Platinum, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA SpringHill Suites Amarillo** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **90-0389723** |
| 4. | **Debtor's address** | **Principal place of business**<br>**2301 Cinema Drive**<br>**Amarillo, TX 79124**<br>Number, Street, City, State & ZIP Code<br><br>**Potter**<br>County | **Mailing address, if different from principal place of business**<br>**111 Broadway, Suite 300**<br>**Nashville, TN 37201**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

| Debtor | **Amarillo Platinum, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor **Amarillo Platinum, LLC**
Name

Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**
District _____ When _____
Relationship _____
Case number, if known _____

**11. Why is the case filed in *this district*?** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Amarillo Platinum, LLC** Case number (*if known*)
    Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Amarillo Platinum, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 1, 2024**
MM / DD / YYYY

**X** **/s/ Mitul Patel**  
Signature of authorized representative of debtor

**Mitul Patel**  
Printed name

Title  **Manager**

**18. Signature of attorney**

**X** **/s/ Henry E. ("Ned") Hildebrand, IV**  
Signature of attorney for debtor

Date  **July 1, 2024**
MM / DD / YYYY

**Henry E. ("Ned") Hildebrand, IV**  
Printed name

**Dunham Hildebrand Payne Waldron, PLLC**  
Firm name

**9020 Overlook Blvd., Suite 316**  
**Brentwood, TN 37027**  
Number, Street, City, State & ZIP Code

Contact phone  **615.933.5851**     Email address  **ned@dhnashville.com**

**032168 TN**  
Bar number and State

Debtor **Amarillo Platinum, LLC**    Case number *(if known)*
     Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Cookeville Platinum, LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **9/29/23** | Case number, if known | **23-3589** |
| Debtor | **Destin Platinum, LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **9/29/23** | Case number, if known | **23-3596** |
| Debtor | **Lebanon Platinum, LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **9/29/23** | Case number, if known | **23-3592** |
| Debtor | **Midland Platinum II, LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **7/01/24** | Case number, if known | |
| Debtor | **Midland Platinum, LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **7/01/24** | Case number, if known | |
| Debtor | **Murfreesboro Platinum, LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **9/29/23** | Case number, if known | **23-3599** |
| Debtor | **Platinum Gateway II, LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **9/29/23** | Case number, if known | **23-3597** |
| Debtor | **VMV, LLC** | | | Relationship to you | |
| District | **Middle District of Tennessee** | When | **9/29/23** | Case number, if known | **23-3598** |

Fill in this information to identify the case:

Debtor name: **Amarillo Platinum, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF TENNESSEE**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Amarillo Environmental Health Department** PO Box 1971 Amarillo, TX 79105 | | | | | | $865.00 |
| **AT&T** PO Box 5019 Carol Stream, IL 60197 | | | | | | $1,869.24 |
| **City of Amarillo** PO Box 100 Amarillo, TX 79105 | | | | | | $145,533.20 |
| **County Clerk of Potter County** PO Box 9638 Amarillo, TX 79105 | | | | | | $4,392.46 |
| **DELUXE** PO Box 645633 Cincinnati, OH 45264 | | | | | | $677.64 |
| **Green Grass** 1026 S Eastern Street Amarillo, TX 79104 | | | | | | $825.00 |
| **HD Supply** 3400 Cumberland Blvd SE Atlanta, GA 30339 | | | | | | $813.30 |
| **Home Tax Solutions** 6953 Alamo Downs Parkway San Antonio, TX 78238 | | | | $144,898.60 | $0.00 | $144,898.60 |
| **KB Recycling** 515 N Philadelphia Street Amarillo, TX 79107 | | | | | | $855.18 |

Official form 204　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　page 1

| Debtor | Amarillo Platinum, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LBC2 Trust** <br> **PO Box 2301** <br> **Stillwater, MN 55082** | | | | $9,330,889.20 | $0.00 | $9,330,889.20 |
| **Lonestar Superior Services LLC** <br> **3309 S Fillmore Street** <br> **Amarillo, TX 79110** | | | | | | $1,706.02 |
| **PDI Communications, Inc.** <br> **6353 W Rogers Circle, Bay 6** <br> **Boca Raton, FL 33487** | | | | | | $1,810.35 |
| **Pepsi Beverages Company** <br> **PO Box 75948** <br> **Chicago, IL 60675** | | | | | | $657.25 |
| **RETC, LP** <br> **5151 Belt Line Road, Suite 725** <br> **Dallas, TX 75254** | | | | | | $8,766.58 |
| **Royal Cup Coffee** <br> **PO Box 841000** <br> **Dallas, TX 75284-1000** | | | | | | $3,931.31 |
| **Safety NetAccess, Inc** <br> **PO Box 920448** <br> **Needham, MA 02492** | | | | | | $1,626.35 |
| **TaxCORE Lending, LLC** <br> **4849 Greenville Avenue** <br> **Tower Two, Suite 1620** <br> **Dallas, TX 75206** | | | | | | $139,546.91 |
| **Texas Blue Lake Pools, Inc.** <br> **2422 Commerce Street** <br> **Amarillo, TX 79109** | | | | | | $768.73 |
| **Texas Comptroller of Public Accounts** <br> **PO Box 149348** <br> **Austin, TX 78714** | | | | | | $251,876.73 |
| **Tradavo** <br> **PO Box 266** <br> **New Rochelle, NY 10804** | | | | | | $1,764.69 |

AMARILLO PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

HENRY E. ("NED") HILDEBRAND, IV
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 OVERLOOK BLVD., SUITE 316
BRENTWOOD, TN 37027

AMARILLO ENVIRONMENTAL HEALTH DEPARTMENT
PO BOX 1971
AMARILLO TX 79105

AMARILLO FIRE & SAFETY, INC.
2800 HOBBS ROAD
AMARILLO TX 79109

AMAZON
PO BOX 960013
ORLANDO FL 32896

AMERIVAC VACUUM CENTER
2716 WESTWIND LANE
YORK PA 17404

AT&T
PO BOX 5019
CAROL STREAM IL 60197

AUSDM - RESIDENCE INN SAN MARCOS
625 COMMERCIAL LOOP, BUILDING 2
SAN MARCOS TX 78666

BUSINESS MUSIC, INC.
PO BOX 2568
AMARILLO TX 79105

CITY OF AMARILLO
PO BOX 100
AMARILLO TX 79105

COOKEVILLE PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

COUNTY CLERK OF POTTER COUNTY
PO BOX 9638
AMARILLO TX 79105

CT CORPORATION
330 N BRAND BLVD, SUITE 700
ATTN: SPRS
GLENDALE CA 91203

CULLIGAN
PO BOX 52347
AMARILLO TX 79159

DELUXE
PO BOX 645633
CINCINNATI OH 45264

DESTIN PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

DOCHE CLEANERS
3119 W 27TH AVENUE
AMARILLO TX 79109

FINTECH
3109 W DR. MARTIN LUTHER KING JR. BLVD.
SUITE 200
TAMPA FL 33607

FIREHAWK SAFETY SYSTEMS, INC.
2800 HOBBS ROAD
AMARILLO TX 79109

FRITZ BYRNE, PLLC
C/O LISA C. FANCHER
402 WEST SEVENTH STREET
AUSTIN TX 78701

GREEN GRASS
1026 S EASTERN STREET
AMARILLO TX 79104

HARI & ASSOCIATES
1025 INTERSTATE DRIVE
COOKEVILLE TN 38501

HD SUPPLY
3400 CUMBERLAND BLVD SE
ATLANTA GA 30339

HOME TAX SOLUTIONS
6953 ALAMO DOWNS PARKWAY
SAN ANTONIO TX 78238

KB RECYCLING
515 N PHILADELPHIA STREET
AMARILLO TX 79107

LBC2 TRUST
PO BOX 2301
STILLWATER MN 55082

LEBANON PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

LONESTAR SUPERIOR SERVICES LLC
3309 S FILLMORE STREET
AMARILLO TX 79110

M&R POTTER COUNTY WHOLESALE
PO BOX 52281
AMARILLO TX 79159

MARRIOTT INTERNATIONAL, INC.
7750 WISCONSIN AVENUE
BETHESDA MD 20814

MICKTEL LLC
PO BOX 1417
LEBANON TN 37088

MIDLAND PLATINUM II, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

MIDLAND PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

MITUL PATEL
1140 SAFETY HARBOR COVE
OLD HICKORY TN 37138

MURFREESBORO PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

NASHVILLE AIRPORT PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

OM LITTLE ROCK BROADWAY HOTEL, LLC
6705 SHALLOWFORD ROAD
CHATTANOOGA TN 37421

ORACLE
PO BOX 203448
DALLAS TX 75320

ORKIN
1700 SE 14TH AVENUE
AMARILLO TX 79102-4342

PDI COMMUNICATIONS, INC.
6353 W ROGERS CIRCLE, BAY 6
BOCA RATON FL 33487

PEPSI BEVERAGES COMPANY
PO BOX 75948
CHICAGO IL 60675

PETTY CASH VENDOR


PLATINUM GATEWAY II, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

PLATINUM HOSPITALITY MANAGEMENT CO., INC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

PLATINUM MANAGEMENT SERVICES
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

POTTER COUNTY TAX ASSESSOR
900 SOUTH POLK STREET
AMARILLO TX 79101

RANDALL COUNTY TAX ASSESSOR
PO BOX 997
CANYON TX 79015-0997

RETC, LP
5151 BELT LINE ROAD, SUITE 725
DALLAS TX 75254

RINGCENTRAL
20 DAVIS DRIVE
BELMONT CA 94002

ROYAL CUP COFFEE
PO BOX 841000
DALLAS TX 75284-1000

SAFETY NETACCESS, INC
PO BOX 920448
NEEDHAM MA 02492

SAN MARCOS PLATINUM, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201

SCHINDLER
1101 EAST 1ST STREET
FORT WORTH TX 76102

SIERRA SPRINGS
PO BOX 660579
DALLAS TX 75266-0579

```
SK INSURANCE
7070 KNIGHTS COURT, SUITE 1101
MISSOURI CITY TX 77459

SMALL BUSINESS ADMINISTRATION
10737 GATEWAY WEST, #300
EL PASO TX 79935

SOUTHERN GLAZER'S
1025 VALLEY AVENUE NW
PUYALLUP WA 98371

TAXCORE LENDING, LLC
4849 GREENVILLE AVENUE
TOWER TWO, SUITE 1620
DALLAS TX 75206

TEXAS BLUE LAKE POOLS, INC.
2422 COMMERCE STREET
AMARILLO TX 79109

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN TX 78714

TRADAVO
PO BOX 266
NEW ROCHELLE NY 10804

UNIGUEST
PO BOX 7410716
CHICAGO IL 60674

VMV, LLC
111 BROADWAY, SUITE 300
NASHVILLE TN 37201
```

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Amarillo Platinum, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Amarillo Platinum, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 1, 2024**  
Date

**/s/ Henry E. ("Ned") Hildebrand, IV**  
**Henry E. ("Ned") Hildebrand, IV**  
Signature of Attorney or Litigant  
Counsel for **Amarillo Platinum, LLC**  
**Dunham Hildebrand Payne Waldron, PLLC**  
**9020 Overlook Blvd., Suite 316**  
**Brentwood, TN 37027**  
**615.933.5851 Fax:615.777.3765**  
**ned@dhnashville.com**