Charles M. Walker
U.S. Bankruptcy Judge
Dated: 7/2/2024



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Judge Charles M. Walker |
| **AMARILLO PLATINUM, LLC;** | ) | |
| **MIDLAND PLATINUM, LLC;** | ) | Case No. 3:24-bk-02447 |
| **MIDLAND PLATINUM II, LLC;** | ) | Case No. 3:24-bk-02448 |
| | ) | Case No. 3:24-bk-02449 |
| Debtors. | ) | |
| | ) | JOINT ADMIN REQUESTED |

## EXPEDITED ORDER SETTING HEARING ON EXPEDITED FIRST DAY MOTIONS

Upon the (i) *Expedited Motion for Entry of Order Directing Joint Administration of the Debtors' Chapter 11 Cases* and (ii) *Expedited Motion for Entry of Order Authorizing Interim Use of Cash Collateral and Granting Final Use of Cash Collateral Absent Timely Objection* (the "First Day Motions") filed by the above-captioned Debtors, and good cause having been shown therein, it is hereby ORDERED as follows:

1. Objections to the First Day Motions shall be filed by <u>4:00 p.m. on July 8</u>, 2024.

2. A hearing on the First Day Motions is hereby scheduled for July <u>9</u>, 2024, at <u>10:00</u> <u>a</u>.m, Courtroom 2, 701 Broadway, Nashville, TN 37203. Virtual hearing if allowed; see website for details.

3. Immediately after the entry of this Order, counsel for the Debtors shall send copies of this Order in the manner indicated in Paragraph 3 of each First Day Motion and shall thereafter promptly file a certificate of service confirming such service.

4. Counsel for the Debtors shall file a PROPOSED AGENDA FOR FIRST DAY HEARING detailing each motion/application to be heard; the status; any objections; and whether the matter has been resolved by 8:00 p.m. CST on July 8, 2024.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.

2

APPROVED FOR ENTRY:

/s/ Henry E. ("Ned") Hildebrand, IV
Henry E. ("Ned") Hildebrand, IV
Gray Waldron
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 Overlook Boulevard, Suite 316
Brentwood, Tennessee 37027
615.933.5851
ned@dhnashville.com
gray@dhnashville.com
*Counsel for the Debtors*

3

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:24-bk-02447    Doc 8    Filed 07/02/24    Entered 07/02/24 14:42:52    Desc Main Document    Page 2 of 2