IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Judge Charles M. Walker |
| **AMARILLO PLATINUM, LLC;** | ) | |
| **MIDLAND PLATINUM, LLC;** | ) | Case No. 3:24-bk-02447 |
| **MIDLAND PLATINUM II, LLC** | ) | Case No. 3:24-bk-02448 |
| | ) | Case No. 3:24-bk-02449 |
| Debtors. | ) | |
| | ) | JOINT ADMIN REQUESTED |

**EXPEDITED ORDER GRANTING MOTION FOR
JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

This matter is before the Court upon the motion (the "Motion") filed by the above-captioned debtors (collectively, the "Debtors") for entry of an order directing the joint administration of the Debtors' chapter 11 cases pursuant to 11 U.S.C. § 105.

This Court having jurisdiction over the matter pursuant to 28 U.S.C. §§ 157 and 1334, and having found that the Debtors' notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and otherwise complied with all applicable rules; and further having reviewed the Motion and having heard the arguments in support of the relief requested therein at the hearing on the Motion held on July 9, 2024 (the "Hearing") and finding just cause for the relief granted herein, it is hereby ORDERED as follows:

1. The Motion is granted as set forth herein.

2. The above-captioned cases shall be administered jointly and consolidated for procedural purposes only under the case name Amarillo Platinum, LLC *et al.*, at Case No. 3:24-bk-02447. All pleadings shall be filed only in the main case.

3. Notwithstanding whether any requested relief only relates to one, or fewer than all, of the Debtors, all pleadings shall contain only the case name and number of Amarillo Platinum, LLC with an "*et al.*" reference that will be considered to sufficiently notify each and all of the Debtors. In addition, the term "JOINTLY ADMINISTERED" shall be included in the case caption of every filing.

4. The Debtors shall maintain, and the United States Bankruptcy Court for the Middle District of Tennessee (the "Bankruptcy Court") shall keep, one consolidated docket and service list for these consolidated cases.

5. The Bankruptcy Court will maintain separate proof of claims registers for each Debtor. Creditors filing proofs of claim shall file their claims under the case name and number for the applicable Debtor alleged to owe the debt.

6. Nothing in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases.

7. This joint administration shall not affect the requirements for the filing of monthly operating reports or payment of any required fees to the United States Trustee (the "U.S. Trustee Fees"), as applicable. Each Debtor shall be separately responsible for filing monthly operating reports, unless otherwise approved by the U.S. Trustee, and for paying the U.S. Trustee Fees, as applicable.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

/s/ Henry E. ("Ned") Hildebrand, IV
Henry E. ("Ned") Hildebrand, IV
Gray Waldron
R. Alex Payne
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 Overlook Boulevard, Suite 316
Brentwood, TN 37027
615.933.5851
ned@dhashville.com
*Counsel for the Debtor*