Charles M. Walker
U.S. Bankruptcy Judge
Dated: 7/17/2024



# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AMARILLO PLATINUM, LLC, *et al.*,[1] | ) | Case No. 3:24-BK-02447 CMW |
| | ) | (JOINTLY ADMINISTERED) |
| | ) | |
| Debtors. | ) | Chapter 11 |

## ORDER GRANTING MOTION FOR ADMISSION
## *PRO HAC VICE* OF DAVID S. CATUOGNO

Before this Court is the Motion for Admission *Pro Hac Vice* of David S. Catuogno (the "Motion"). Being fully advised,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Motion is granted; and

2. David S. Catuogno may appear on behalf of Hilton Franchise Holding LLC, creditor and interested party, and to practice on their behalf in this case.

IT IS SO ORDERED

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY**

---

[1] The jointly administered cases are as follows: In re Amarillo Platinum,, LLC, Case No. 3:24-bk-02447; In re Midland Platinum, LLC, Case No. 3:24-bk-02448; and In re Midland Platinum II, LLC, Case No. 3:24-bk-02449 (collectively, the "Debtors,") with each individually being a "Debtor."

AS INDICATED AT THE TOP OF THE FIRST PAGE.

SUBMITTED FOR ENTRY BY:

K&L Gates LLP

*/s/ Joseph F. Welborn, III*
Joseph F. Welborn, III (Bar No. 015076)
501 Commerce Street
Suite 1500
Nashville, TN 37203
Tel. 615-780-6700
Fax. 615-780-6799
Joseph.welborn@klgates.com

And

David S. Catuogno (*pro hac vice* pending)
K&L Gates LLP
One Newark Center, 10th Floor
Newark, NJ 07102
Tel: 973-848-4023
Fax. 973-848-4001
David.catuogno@klgates.com

*Attorneys for Hilton Franchise Holding LLC*

Error! Unknown document property name.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:24-bk-02447    Doc 44    Filed 07/18/24    Entered 07/18/24 06:53:48    Desc Main Document    Page 2 of 2