☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 26, 2024**      X **/s/ Manoj Patel**
                                                  Signature of individual signing on behalf of debtor

                                                     **Manoj Patel**
                                                     Printed name

                                                     **Chief Restructuring Officer**
                                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **Amarillo Platinum, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF TENNESSEE

Case number (if known)     **3:24-bk-02447**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................    $       **5,631,967.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................    $       **102,960.65**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................    $       **5,734,927.65**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $       **9,625,787.80**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $       **682,495.25**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$       **78,249.31**

4.  Total liabilities .................................................................................................
    Lines 2 + 3a + 3b                                                                                    $       **10,386,532.36**

Fill in this information to identify the case:

Debtor name     **Amarillo Platinum, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF TENNESSEE

Case number (if known)     **3:24-bk-02447**

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **United Community** | **Checking** | **8443** | $0.00 |
| 3.2. | **Wells Fargo** | **Checking** | **3920** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**          $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 82,670.25 | - | 0.00 | = .... | $82,670.25 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 23,421.31 | - | 23,421.31 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $82,670.25 |
|---|

## Part 4:    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| **40.    Office fixtures** | | | |
| **41.    Office equipment, including all computer equipment and communication systems equipment and software** **See attached exhibit.** | $0.00 | | $20,290.40 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| $20,290.40 |
|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

| Department | Item | Quantity | Act. | Value | Subtotal |
|---|---|---|---|---|---|
| **Laundry Room Inventory** | | | | | |
| | Wash Cloths | 1892 | 1586 | $0.06 | $95.16 |
| | Hand Towels | 1125 | 819 | $0.06 | $49.14 |
| | Bath Towels | 999 | 693 | $0.06 | $5.00 |
| | Bath Mats | 497 | 395 | $0.11 | $43.45 |
| | **Subtotal:** | | | | $192.75 |
| | | | | | |
| **Linen** | Queen Sheets White Fitted | 232 | 152 | $0.42 | $63.84 |
| | King Sheets White Fitted | 185 | 123 | $0.40 | $49.20 |
| | Queen Sheets White Flat | 326 | 246 | $0.32 | $78.72 |
| | King Sheets White Flat | 266 | 123 | $0.24 | $29.52 |
| | Full Sheets Flat (Sofa Bed) | 274 | 0 | $0.28 | $0.00 |
| | Duvet King | 92 | 156 | $0.79 | $123.24 |
| | Duvet Queen | 243 | 163 | $0.80 | $130.40 |
| | Blue Throw King | | 30 | $1.00 | $30.00 |
| | Blue Throw Queen | | 34 | $0.99 | $33.66 |
| | Crib Sheets | 25 | 25 | $1.00 | $25.00 |
| | Crib Blankets | 0 | 0 | $1.00 | $0.00 |
| | Back Table Cloths | 16 | 0 | $1.00 | $0.00 |
| | Bed Skirts Queen | 74 | 0 | $1.00 | $0.00 |
| | Bed Skirt King | 54 | 0 | $1.00 | $0.00 |
| | Soft Pillow Cases | 999 | 431 | $0.25 | $107.75 |
| | Firm Pillow Cases | | 409 | $0.26 | $106.34 |
| | King Mattress Pad | 101 | 39 | $1.00 | $39.00 |
| | Queen Mattress Pad | 143 | 63 | $1.00 | $63.00 |
| | **Subtotal:** | | | | $1,265.17 |
| | | | | | |
| **Other** | Pillows Soft | | 48 | $1.00 | $48.00 |
| | Pillows Firm | | 47 | $1.00 | $47.00 |
| | Drape | | 0 | $0.00 | $0.00 |
| | Blackout Drapes | | 0 | $0.00 | $0.00 |
| | Curtains Sheers | | 0 | $0.00 | $0.00 |
| | Shower Curtains Liner | | 9 | $0.98 | $8.82 |
| | Pant Hangers | 30 | 30 | $0.09 | $2.70 |
| | Shirt Hangers | 40 | 40 | $0.12 | $4.80 |

| | | | | | |
|---|---|---|---|---|---|
| | Small Iron Board Cover | 0 | 0 | $1.11 | $0.00 |
| | Big Iron Board Cover | 0 | 0 | $1.00 | $0.00 |
| | Plastic Large Trash Cans | 5 | 5 | $1.00 | $5.00 |
| | Mop Bucket | 3 | 3 | $1.00 | $3.00 |
| | Vacuums | 10 | 5 | $5.00 | $25.00 |
| | Maid Carts | 7 | 7 | $8.33 | $58.31 |
| | Large Trash Can - Vending | 0 | 0 | $1.00 | $0.00 |
| | Laundry Carts | 6 | 6 | $2.00 | $12.00 |
| | Hair Dryers | 9 | 9 | $2.50 | $22.50 |
| | Landry Scale | 0 | 0 | $5.00 | $0.00 |
| | Desk Chair | 0 | 0 | $5.00 | $0.00 |
| | Dollys | 2 | 2 | $5.00 | $10.00 |
| | Commercial Washer | 2 | 2 | $5.00 | $10.00 |
| | Commercial Dryer | 2 | 2 | $5.00 | $10.00 |
| | Clocks | 4 | 4 | $1.00 | $4.00 |
| | Pictures | 0 | 8 | $1.25 | $10.00 |
| | **Subtotal:** | | | | $281.13 |
| | | | | | |
| **Lobby Area** | Samsung Flat Screen TV 60" - Breakfast | 5 | 5 | $100.00 | $500.00 |
| | Sofa - Breakfast | 1 | 1 | $5.00 | $5.00 |
| | Lobby Chairs | | | $5.00 | $0.00 |
| | Lobby Lamps | 0 | 0 | $2.00 | $0.00 |
| | Lobby Coffee Table | 1 | 1 | $5.00 | $5.00 |
| | Lobby Side Table | 0 | 0 | $5.00 | $0.00 |
| | Lobby Mirror | 0 | 0 | $15.00 | $0.00 |
| | Lobby Luggage Carts | 4 | 4 | $2.00 | $8.00 |
| | Metal Trash Cans | 2 | 2 | $2.00 | $4.00 |
| | Breakfast Trash Cans | 2 | 2 | $2.00 | $4.00 |
| | Breakfast Tables | 20 | 20 | $2.14 | $42.80 |
| | Breakfast Table Chairs | 56 | 56 | $1.79 | $100.24 |
| | Pot Planter | 0 | 0 | $1.11 | $0.00 |
| | Curio Cabinet | 0 | 0 | $5.00 | $0.00 |
| | Wooden Table Lobby | 0 | 0 | $5.00 | $0.00 |
| | **Subtotal:** | | | | $669.04 |
| | | | | | |

| Storage/Maintenance Area | | | | | |
|---|---|---|---|---|---|
| | Misc Christmas Trees and Holiday Decorations | 1 | 1 | $5.00 | $5.00 |
| | 6ft Ladder | 1 | 1 | $3.00 | $3.00 |
| | 17FT¹ Ladder | 1 | 1 | $12.00 | $12.00 |
| | 5 ft Ladder | 0 | 0 | $3.00 | $0.00 |
| | TV Sharp Broken | 0 | 0 | 0 | $0.00 |
| | A/C Part Only | 4 | 4 | $1.25 | $5.00 |
| | Shop Vac | 2 | 2 | $5.00 | $10.00 |
| | Carpet Cleaner | 2 | 2 | $15.00 | $30.00 |
| | Beige Trash Can No Logo | 13 | 13 | $1.14 | $14.82 |
| | Beige Trash Can Logo | 0 | 0 | $1.00 | $0.00 |
| | Ice Bucket w/ Lid | 0 | 0 | $1.00 | $0.00 |
| | Ice Trays | 0 | 0 | $1.00 | $0.00 |
| | Magnifying Mirror | 0 | 0 | $3.00 | $0.00 |
| | Spare Clock Radio | 0 | 0 | $1.00 | $0.00 |
| | Spare Floor Lamps w/Shade | 0 | 0 | $5.00 | $0.00 |
| | Microwave | 2 | 2 | $10.00 | $20.00 |
| | Coffee Makers | 3 | 3 | $10.00 | $30.00 |
| | Lamp Shade Small | 10 | 10 | $2.00 | $20.00 |
| | Lamp Shade Floor Lamp | 1 | 1 | $2.00 | $2.00 |
| | Lamp Shade Table | 0 | 0 | $2.00 | $0.00 |
| | Spare Luggage Cart | 0 | 0 | $5.00 | $0.00 |
| | Maintenance Cart | 2 | 2 | $5.00 | $10.00 |
| | Small Iron Board | 0 | 0 | $2.00 | $0.00 |
| | Bibles | 24 | 24 | $0.07 | $1.68 |
| | Iron Board | 2 | 2 | $1.00 | $2.00 |
| | Luggage Rack | 0 | 0 | $1.00 | $0.00 |
| | Queen Mattress Box Only | 0 | 0 | $5.00 | $0.00 |
| | King Mattress Box | 0 | 0 | $5.00 | $0.00 |
| | King Mattress | 0 | 0 | $5.00 | $0.00 |
| | Chairs Broken | 3 | 3 | 0 | $0.00 |
| | Rolls of Toilet Paper/Cases | 4cs | 96 | $5.00 | $480.00 |
| | **Subtotal:** | | | | $645.50 |
| | | | | | |
| **Business Center** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Computer/Monitor /Keyboard/Mouse | 2 | 2 | $25.00 | $50.00 |
| | Desk Chairs | 1 | 1 | $5.00 | $5.00 |
| | Printer | 1 | 1 | $5.00 | $5.00 |
| | Picture | 1 | 1 | $5.00 | $5.00 |
| | Trash Can | 0 | 0 | $1.00 | $0.00 |
| | Phone | 0 | 0 | $1.00 | $0.00 |
| | Plastic Box (Fan) | 0 | 0 | $1.00 | $0.00 |
| | **Subtotal:** | | | | $65.00 |
| | | | | | |
| **Pool Area** | | | | | |
| | Patio Table with Umbrella | 0 | 0 | $5.00 | $0.00 |
| | Smoking Urns | 3 | 3 | $2.50 | $7.50 |
| | Shepherd Hook | 1 | 1 | $5.00 | $5.00 |
| | Life Ring on Rope | 1 | 1 | $2.50 | $2.50 |
| | Lounge Tables | 5 | | $2.50 | $0.00 |
| | Patio Chairs | 19 | | $1.00 | $0.00 |
| | Planters | 0 | 0 | $1.00 | $0.00 |
| | Bike Racks | 0 | 0 | $5.00 | $0.00 |
| | **Subtotal:** | | | | $15.00 |
| | | | | | |
| **Back Office/ Administrative** | Copier/Fax | 1 | 1 | $10.00 | $10.00 |
| | Computer/Monitor /Keyboard/Mouse | 3 | 3 | $10.00 | $30.00 |
| | Desk Phone | 4 | 4 | $2.50 | $10.00 |
| | Desk Chairs | 4 | 4 | $2.50 | $10.00 |
| | **Subtotal:** | | | | $60.00 |
| | | | | | |
| **Breakfast Area** | Oven | 1 | 1 | $10.00 | $10.00 |
| | Toaster | 1 | 1 | $5.00 | $5.00 |
| | 3-Tier Bread Holder | 1 | 1 | $10.00 | $10.00 |
| | Pitchers Plastic | 6 | | $1.00 | $0.00 |
| | High Chairs | 3 | 3 | $2.50 | $7.50 |
| | Fridge | 1 | 1 | $10.00 | $10.00 |
| | Microwave | 1 | 1 | $5.00 | $5.00 |
| | Freezer | 1 | 1 | $10.00 | $10.00 |
| | Cereal Dispenser | 2 | 2 | $2.00 | $4.00 |
| | **Subtotal:** | | | | $61.50 |
| | | | | | |
| **Common Area** | | | | | |
| | Scotsman Ice Machine 1/First 2/Second 2/Third | 3 | 3 | $10.00 | $30.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Pepsi Machine – Not Owned | 0 | 0 | 0 | $0.00 |
|  | Snake Machine – Not Owned | 0 | 0 | 0 | $0.00 |
|  | Trash Bin | 3 | 3 | $1.00 | $3.00 |
|  | **Subtotal:** |  |  |  | $33.00 |
|  |  |  |  |  |  |
| **Fitness Room** | Wall Mounted TV | 1 | 1 | $10.00 | $10.00 |
|  | Cycle | 0 | 0 | $10.00 | $0.00 |
|  | Phone | 1 | 1 | $1.00 | $1.00 |
|  | Treadmill | 3 | 3 | $15.00 | $45.00 |
|  | Trash Can | 1 | 1 | $1.00 | $1.00 |
|  | 5-Gal Water Cooler Dispenser/ Wall | 1 | 1 | $2.50 | $2.50 |
|  | Towel Holder | 1 | 1 | $1.00 | $1.00 |
|  | Dirty Towel Chrome Basket | 1 | 1 | $1.00 | $1.00 |
|  | Wall Pictures | 0 | 0 | $5.00 | $0.00 |
|  | **Subtotal:** |  |  |  | $61.50 |
|  |  |  |  |  |  |
| **Storage Room** |  |  |  |  |  |
|  | Patio Chair Pillows | 0 | 0 | $1.11 | $0.00 |
|  | 9in Chafing Dish | 0 | 0 | $5.00 | $0.00 |
|  | Chafing Fuel | 0 | 0 | $0.25 | $0.00 |
|  | Shower Rod | 0 | 0 | $0.12 | $0.00 |
|  | Heavy Duty Filter 24x24x2 | 18 | 18 | $0.42 | $7.56 |
|  | Toilet Bowl | 0 | 0 | $1.00 | $0.00 |
|  | Toilet Tank | 0 | 1 | $1.00 | $1.00 |
|  | Mini Rooter | 0 | 0 | $5.00 | $0.00 |
|  | Carpet Fan | 3 | 3 | $3.00 | $9.00 |
|  | Table Lamp | 10 | 10 | $2.00 | $20.00 |
|  | Light Fixture 1 floor | 0 | 0 | $1.00 | $0.00 |
|  | Light fixture Queen Room | 0 | 0 | $2.00 | $0.00 |
|  | Light Cover #050690 | 0 | 0 | $0.50 | $0.00 |
|  | Exit Sign | 1 | 1 | $0.25 | $0.25 |
|  | Iron Organizer | 0 | 0 | $1.00 | $0.00 |
|  | Light Cover | 0 | 0 | $1.00 | $0.00 |
|  | Portable Air Compressor | 1 | 1 | $5.00 | $5.00 |
|  | Freon | 0 | 0 | $2.50 | $0.00 |
|  | A/C Gauge | 0 | 0 | $5.00 | $0.00 |
|  | Toilet Seat | 0 | 0 | $1.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Seat | 0 | 0 | $1.00 | $0.00 |
| | Exhaust Fan | 0 | 0 | $1.00 | $0.00 |
| | Heavy Duty Extension | 0 | 0 | $2.00 | $0.00 |
| | Metal Round Fan | 0 | 0 | $3.00 | $0.00 |
| | **Subtotal:** | | | | $42.81 |
| | | | | | |
| **Front Desk** | | | | | |
| | Printer | 1 | 1 | $10.00 | $10.00 |
| | Computer/Monitor /Keyboard/Mouse | 2 | 2 | $15.00 | $30.00 |
| | Desk Phone | 2 | 2 | $5.00 | $10.00 |
| | **Subtotal:** | | | | $50.00 |
| | | | | | |
| **Meeting Room** | | | | | |
| | Six Foot Folding Tables | 14 | 14 | $3.00 | N/A |
| | Chairs | 50 | 50 | $1.00 | N/A |
| | Pictures | 4 | 4 | $2.50 | N/A |
| | Phone | 0 | 0 | $1.00 | N/A |
| | Blinds | 4 | 4 | $1.00 | N/A |
| | Drapes 1 Rod | 0 | 0 | $1.00 | N/A |
| | Presentation Screen | 1 | 1 | $10.00 | N/A |
| | Trash Can | 2 | 2 | $1.00 | N/A |
| | Projection Screen | 1 | 1 | $10.00 | N/A |
| | 3x3 Folding Table | 0 | 0 | $3.00 | N/A |
| | Wall Mounted Screen | 0 | 0 | $10.00 | N/A |
| | 2 Plastic Serving Trays | 0 | 0 | $5.00 | N/A |
| | 1 Metal Tong | 0 | 0 | $1.00 | N/A |
| | **Subtotal:** | | | | $0.00 |
| | | | | | |
| **QQST x 40** | | | | | |
| | Queen Sheet White Fitted | 2 | 80 | $1.00 | $80.00 |
| | Queen Bed Mattress | 2 | 80 | $10.00 | $800.00 |
| | Queen Box Springs | 2 | 80 | $10.00 | $800.00 |
| | Sofa Bed (Queen) | 1 | 40 | $15.00 | $600.00 |
| | Night Stand | 1 | 40 | $5.00 | $200.00 |
| | Desk | 1 | | $7.00 | $0.00 |
| | Desk Chair on Rollers | 1 | 40 | $3.00 | $120.00 |
| | Room Table | 0 | 0 | $5.00 | $0.00 |

|  | Chairs | 0 | 0 | $3.00 | $0.00 |
|---|---|---|---|---|---|
|  | End Table | 0 | 0 | $5.00 | $0.00 |
|  | Coffee Table | 0 | 0 | $5.00 | $0.00 |
|  | Wall Mirrors | 1 | 40 | $2.50 | $100.00 |
|  | Clock Radio | 1 | 40 | $4.00 | $160.00 |
|  | Luggage Rack | 1 | 40 | $2.00 | $80.00 |
|  | Ice Bucket/ Tray | 1 | 40 | $1.00 | $40.00 |
|  | Dresser – 3 drawers | 0 | 0 | $10.00 | $0.00 |
|  | SAMSUNG 42" TV | 1 | 40 | $10.00 | $400.00 |
|  | Iron | 1 | 40 | $2.00 | $80.00 |
|  | Iron Board | 1 | 40 | $2.00 | $80.00 |
|  | Amenity Tray | 1 | 40 | $1.00 | $40.00 |
|  | Coffee Marker + Tray | 1 | 40 | $5.00 | $200.00 |
|  | Small Mounted Bath Mirror | 0 | 0 | $3.00 | $0.00 |
|  | Bath Wall Mirror – Large | 1 | 40 | $5.00 | $200.00 |
|  | Telephone | 1 | 40 | $1.00 | $40.00 |
|  | Fridge Cabinet | 1 | 40 | $20.00 | $800.00 |
|  | Wet Bar Sink | 0 | 0 | $7.00 | $0.00 |
|  | Plastic Trash Can | 1 | 40 | $1.00 | $40.00 |
|  | Flush Wall Lights | 0 | 0 | $3.00 | $0.00 |
|  | Desk Lamp | 1 | 40 | $3.00 | $120.00 |
|  | Side Lamp | 0 | 0 | $3.00 | $0.00 |
|  | Double Lamp | 0 | 0 | $6.00 | $0.00 |
|  | Single Lamp | 1 | 40 | $3.00 | $120.00 |
|  | Ceiling Light | 0 | 0 | $3.00 | $0.00 |
|  | Wall Pictures | 2 | 80 | $5.00 | $400.00 |
|  | Black Out Drapes | 1 | 40 | $2.00 | $80.00 |
|  | Shear Drapes | 1 | 40 | $2.00 | $80.00 |
|  | Queen Bedskirt | 1 | 40 | $2.00 | $80.00 |
|  | Duvet Queen | 1 | 40 | $3.00 | $120.00 |
|  |  |  |  | $3.00 | $0.00 |
|  | Shower Linear | 0 | 0 | $1.00 | $0.00 |
|  | Shower Curtain | 0 | 0 | $1.00 | $0.00 |
|  | Shower Rod - Curved | 0 | 0 | $2.00 | $0.00 |
|  | Pillows | 3 | 120 | $1.00 | $120.00 |
|  | Hair Dryer | 1 | 40 | $2.00 | $80.00 |
|  | **Subtotal:** |  |  |  | **$6,060.00** |
|  |  |  |  |  |  |
| **KSTE X 60** |  |  |  |  |  |
|  | King Mattress | 1 | 62 | $20.00 | $1,240.00 |
|  | King Box Spring | 1 | 62 | $20.00 | $1,240.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Fridge Cabinet | 1 | 62 | $20.00 | $1,240.00 |
| | Floor Lamp | 1 | 62 | $3.00 | $186.00 |
| | End Table | 0 | 0 | $5.00 | $0.00 |
| | Side Chair | 0 | 0 | $5.00 | $0.00 |
| | Wall Mirror | 1 | 62 | $5.00 | $310.00 |
| | Duvet King | 1 | 62 | $3.00 | $186.00 |
| | King Bedskirt | 1 | 62 | $2.00 | $124.00 |
| | King Sheet White Fitted | 1 | 62 | $1.00 | $62.00 |
| | | | | $3.00 | $0.00 |
| | Shower Linear | 0 | 0 | $1.00 | $0.00 |
| | Shower Curtain | 0 | 0 | $1.00 | $0.00 |
| | Shower Rod - Curved | 0 | 0 | $2.00 | $0.00 |
| | Clock Radio | 1 | 62 | $1.00 | $62.00 |
| | Luggage Rack | 1 | 62 | $2.00 | $124.00 |
| | Ice Bucket/ Tray | 1 | 62 | $1.00 | $62.00 |
| | Dresser – 3 drawers | 0 | 0 | $10.00 | $0.00 |
| | SAMSUNG 42" TV | 1 | 62 | $10.00 | $620.00 |
| | Night Stand | 2 | 124 | $10.00 | $1,240.00 |
| | Desk | 1 | 62 | $7.00 | $434.00 |
| | Desk Chair on Rollers | 1 | 62 | $3.00 | $186.00 |
| | Room Table | 0 | 0 | $5.00 | $0.00 |
| | Sofa Bed (Queen) | 1 | 62 | $15.00 | $930.00 |
| | Wall Pictures | 2 | 124 | $5.00 | $620.00 |
| | Black Out Drapes | 1 | 62 | $2.00 | $124.00 |
| | Shear Drapes | 1 | 62 | $2.00 | $124.00 |
| | Desk Lamp | 1 | 62 | $3.00 | $186.00 |
| | Side Lamp | 0 | 0 | $3.00 | $0.00 |
| | Pant Hangers | 4 | 248 | $1.00 | $248.00 |
| | Shirt Hangers | 6 | 372 | $1.00 | $372.00 |
| | Single Wall-Mounted Light | 2 | 124 | $3.00 | $372.00 |
| | Coffee Marker + Tray | 1 | 62 | $5.00 | $310.00 |
| | Plastic Trash Can | 1 | 62 | $1.00 | $62.00 |
| | Hair Dryer | 1 | 62 | $2.00 | $124.00 |
| | **Subtotal:** | | | | $10,788.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | **Grand Total:** | | | | **$20,290.40** |

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.

    ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.

    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **2301 Cinema Drive, Amarillo, TX 79124** | | **$0.00** | **Tax records** | **$5,631,967.00** |

56.    **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                                    **$5,631,967.00**

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No

    ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.

    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.

    ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $82,670.25 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,290.40 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $5,631,967.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $102,960.65 | + 91b. $5,631,967.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,734,927.65 |

Debtor name    **Amarillo Platinum, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    **3:24-bk-02447**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **CT Corporation** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **UCC 22-0058122163** | | |
| | **330 N Brand Blvd, Suite 700**<br>**Attn: SPRS**<br>**Glendale, CA 91203** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

| 2.2 | **Home Tax Solutions** | Describe debtor's property that is subject to a lien | **$144,898.60** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **6953 Alamo Downs Parkway**<br>**San Antonio, TX 78238** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**7172** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **LBC2 Trust** | Describe debtor's property that is subject to a lien | $9,330,889.20 | $5,631,967.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 2301**
**Stillwater, MN 55082**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1001**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Small Business Administration** | Describe debtor's property that is subject to a lien | $150,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**10737 Gateway West, #300**
**El Paso, TX 79935**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Describe debtor's property that is subject to a lien: **UCC 20-0028610968**

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $9,625,787.80 |
|---|---|---|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **Amarillo Platinum, LLC** | | Case number (*if known*) | **3:24-bk-02447** |
|---|---|---|---|---|

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Fritz Byrne, PLLC<br>c/o Lisa C. Fancher<br>402 West Seventh Street<br>Austin, TX 78701** | Line ___2.3___ | |

Debtor name **Amarillo Platinum, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) **3:24-bk-02447**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. List the other party to any executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**City of Amarillo**<br>**PO Box 100**<br>**Amarillo, TX 79105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$145,533.20** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**County Clerk of Potter County**<br>**PO Box 9638**<br>**Amarillo, TX 79105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,392.46** | **$4,392.46** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

53196

Case 3:24-bk-02447    Doc 61    Filed 07/26/24    Entered 07/26/24 14:54:16    Desc Main
Document    Page 18 of 31

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,020.63 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Potter County Tax Assessor**<br>**900 South Polk Street**<br>**Amarillo, TX 79101** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66,125.32 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Randall County Tax Assessor**<br>**PO Box 997**<br>**Canyon, TX 79015-0997** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139,546.91 | $139,546.91 |
| --- | --- | --- | --- | --- |
| | **TaxCORE Lending, LLC**<br>**4849 Greenville Avenue**<br>**Tower Two, Suite 1620**<br>**Dallas, TX 75206** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **3761**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $251,876.73 | $251,876.73 |
| --- | --- | --- | --- | --- |
| | **Texas Comptroller of Public**<br>**Accounts**<br>**PO Box 149348**<br>**Austin, TX 78714** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$865.00** |
| --- | --- | --- | --- |
| | **Amarillo Environmental Health Department**<br>**PO Box 1971**<br>**Amarillo, TX 79105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$419.89** |
| --- | --- | --- | --- |
| | **Amazon**<br>**PO Box 960013**<br>**Orlando, FL 32896** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$249.42** |
| --- | --- | --- | --- |
| | **AmeriVac Vacuum Center**<br>**2716 Westwind Lane**<br>**York, PA 17404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,869.24** |
| --- | --- | --- | --- |
| | **AT&T**<br>**PO Box 5019**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57.55** |
| --- | --- | --- | --- |
| | **AUSDM - Residence Inn San Marcos**<br>**625 Commercial Loop, Building 2**<br>**San Marcos, TX 78666** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
| --- | --- | --- | --- |
| | **Business Music, Inc.**<br>**PO Box 2568**<br>**Amarillo, TX 79105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$845.00** |
| --- | --- | --- | --- |
| | **Consolidated Hospitality Supplies**<br>**544 Lakeview Parkway, Suite 300**<br>**Vernon Hills, IL 60061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.17 |

**Culligan**
PO Box 52347
Amarillo, TX 79159

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.64 |

**DELUXE**
PO Box 645633
Cincinnati, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.50 |

**Doche Cleaners**
3119 W 27th Avenue
Amarillo, TX 79109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.90 |

**Fintech**
3109 W Dr. Martin Luther King Jr. Blvd.
Suite 200
Tampa, FL 33607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.36 |

**Firehawk Safety Systems, Inc.**
2800 Hobbs Road
Amarillo, TX 79109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.00 |

**Green Grass**
1026 S Eastern Street
Amarillo, TX 79104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $813.30 |

**HD Supply**
3400 Cumberland Blvd SE
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $855.18 |
|---|---|---|---|

**KB Recycling**
**515 N Philadelphia Street**
**Amarillo, TX 79107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,706.02 |
|---|---|---|---|

**Lonestar Superior Services LLC**
**3309 S Fillmore Street**
**Amarillo, TX 79110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $386.57 |
|---|---|---|---|

**M&R Potter County Wholesale**
**PO Box 52281**
**Amarillo, TX 79159**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.99 |
|---|---|---|---|

**Orkin**
**1700 SE 14th Avenue**
**Amarillo, TX 79102-4342**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,810.35 |
|---|---|---|---|

**PDI Communications, Inc.**
**6353 W Rogers Circle, Bay 6**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $657.25 |
|---|---|---|---|

**Pepsi Beverages Company**
**PO Box 75948**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.59 |
|---|---|---|---|

**Petty cash vendor**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,108.14 |
|---|---|---|---|

**Platinum Management Services**
**111 Broadway, Suite 300**
**Nashville, TN 37201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,766.58 |
|---|---|---|---|

**RETC, LP**
**5151 Belt Line Road, Suite 725**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.89 |
|---|---|---|---|

**RingCentral**
**20 Davis Drive**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,931.31 |
|---|---|---|---|

**Royal Cup Coffee**
**PO Box 841000**
**Dallas, TX 75284-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,626.35 |
|---|---|---|---|

**Safety NetAccess, Inc**
**PO Box 920448**
**Needham, MA 02492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182.70 |
|---|---|---|---|

**Sierra Springs**
**PO Box 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SK Insurance**
**7070 Knights Court, Suite 1101**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|------|---|---|---|

**Southern Glazer's**
**1025 Valley Avenue NW**
**Puyallup, WA 98371**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $768.73 |
|------|---|---|---|

**Texas Blue Lake Pools, Inc.**
**2422 Commerce Street**
**Amarillo, TX 79109**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,764.69 |
|------|---|---|---|

**Tradavo**
**PO Box 266**
**New Rochelle, NY 10804**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Taxing Districts - Potter County** **%PBFCM** **PO Box 9132** **Amarillo, TX 79105** | Line __2.3__  ☐ Not listed. Explain ____ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 682,495.25 |
| 5b. Total claims from Part 2 | 5b. + $ | 78,249.31 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 760,744.56 |

Debtor name **Amarillo Platinum, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) **3:24-bk-02447**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Fire monitoring service - annual** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Amarillo Fire & Safety, Inc.** <br> **2800 Hobbs Road** <br> **Amarillo, TX 79109** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Franchise agreement - expires 2027** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Marriott International, Inc.** <br> **7750 Wisconsin Avenue** <br> **Bethesda, MD 20814** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **Phone service contract - annual** <br><br> State the term remaining <br><br> List the contract number of any government contract | **MickTel LLC** <br> **PO Box 1417** <br> **Lebanon, TN 37088** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **Computer point of service contract** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Oracle** <br> **PO Box 203448** <br> **Dallas, TX 75320** |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Pest control contract - annual** | |
|---|---|---|---|
| | State the term remaining | | **Orkin** |
| | List the contract number of any government contract | | **1700 SE 14th Avenue** |
| | | | **Amarillo, TX 79102-4342** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Internet contract - annual** | |
|---|---|---|---|
| | State the term remaining | | **Safety NetAccess, Inc** |
| | List the contract number of any government contract | | **PO Box 920448** |
| | | | **Needham, MA 02492** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Elevator contract - annual** | |
|---|---|---|---|
| | State the term remaining | | **Schindler** |
| | List the contract number of any government contract | | **1101 East 1st Street** |
| | | | **Fort Worth, TX 76102** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Computer lease - annual** | |
|---|---|---|---|
| | State the term remaining | | **Uniguest** |
| | List the contract number of any government contract | | **PO Box 7410716** |
| | | | **Chicago, IL 60674** |

Debtor name      **Amarillo Platinum, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    **3:24-bk-02447**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Cookeville Platinum, LLC** | **111 Broadway, Suite 300 Nashville, TN 37201** | **CT Corporation** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Destin Platinum, LLC** | **111 Broadway, Suite 300 Nashville, TN 37201** | **CT Corporation** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Hari & Associates** | **1025 Interstate Drive Cookeville, TN 38501** | **CT Corporation** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **Lebanon Platinum, LLC** | **111 Broadway, Suite 300 Nashville, TN 37201** | **CT Corporation** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 **Midland Platinum II, LLC** | **111 Broadway, Suite 300 Nashville, TN 37201** | **CT Corporation** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.6 | **Midland Platinum, LLC** | 111 Broadway, Suite 300 Nashville, TN 37201 | **CT Corporation** | ■ D __**2.1**__ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Mitul Patel** | 1140 Safety Harbor Cove Old Hickory, TN 37138 | **LBC2 Trust** | ■ D __**2.3**__ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Murfreesboro Platinum, LLC** | 111 Broadway, Suite 300 Nashville, TN 37201 | **CT Corporation** | ■ D __**2.1**__ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Nashville Airport Platinum, LLC** | 111 Broadway, Suite 300 Nashville, TN 37201 | **CT Corporation** | ■ D __**2.1**__ ☐ E/F _____ ☐ G _____ |
| 2.10 | **OM Little Rock Broadway Hotel, LLC** | 6705 Shallowford Road Chattanooga, TN 37421 | **CT Corporation** | ■ D __**2.1**__ ☐ E/F _____ ☐ G _____ |
| 2.11 | **Platinum Gateway II, LLC** | 111 Broadway, Suite 300 Nashville, TN 37201 | **CT Corporation** | ■ D __**2.1**__ ☐ E/F _____ ☐ G _____ |
| 2.12 | **Platinum Hospitality Management Co., Inc** | 111 Broadway, Suite 300 Nashville, TN 37201 | **CT Corporation** | ■ D __**2.1**__ ☐ E/F _____ ☐ G _____ |
| 2.13 | **San Marcos Platinum, LLC** | 111 Broadway, Suite 300 Nashville, TN 37201 | **CT Corporation** | ■ D __**2.1**__ ☐ E/F _____ ☐ G _____ |

███ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                         *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.14 | **VMV, LLC** | **111 Broadway, Suite 300**<br>**Nashville, TN 37201** | **CT Corporation** |

■ D __2.1__
☐ E/F _____
☐ G _____

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Amarillo Platinum, LLC**                                            Case No.  **3:24-bk-02447**
                                                    Debtor(s)                Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................... $ ............. **18,666.67**

    Prior to the filing of this statement I have received ......................... $ ............. **18,666.67**

    Balance Due ......................................................................................... $ ............. **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Scope of representation to be set forth in employment application to be filed by counsel after filing of this case.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Scope of representation to be set forth in employment application to be filed by counsel after filing of this case.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**July 26, 2024**                                    **/s/ Henry E. ("Ned") Hildebrand, IV**
*Date*                                               **Henry E. ("Ned") Hildebrand, IV**
                                                     *Signature of Attorney*
                                                     **Dunham Hildebrand Payne Waldron, PLLC**
                                                     **9020 Overlook Blvd., Suite 316**
                                                     **Brentwood, TN 37027**
                                                     **615.933.5851  Fax: 615.777.3765**
                                                     **ned@dhnashville.com**
                                                     *Name of law firm*

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Amarillo Platinum, LLC**             Case No.    **3:24-bk-02447**

                         Debtor(s)            Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July 26, 2024**                 Signature    **/s/ Manoj Patel**

                                                      **Manoj Patel**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders