SO ORDERED.
SIGNED 11th day of December, 2024

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Charles M. Walker
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**AMARILLO PLATINUM, LLC,** *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Judge Charles M. Walker<br><br>Case Number<br>3:24-bk-02447<br><br>Jointly Administered |

## AGREED ORDER CONTINUING PRELIMINARY HEARING ON MOTION FOR RELIEF AND RELATED DEADLINES

This matter is before the Court upon the *Joint Motion to Continue Preliminary Hearing on Motion for Relief and Related Deadlines* (the "Joint Motion") filed by LBC2 Trust ("LBC2") and the debtors in the above-captioned jointly administered bankruptcy cases (the "Debtors," and collectively with LBC2, the "Movants"). In the Joint Motion, the Movants request that the Court

---

[1] The jointly administered cases are as follows: *In re Amarillo Platinum,, LLC*, Case No. 3:24-bk-02447; *In re Midland Platinum, LLC*, Case No. 3:24-bk-02448; and *In re Midland Platinum II, LLC*, Case No. 3:24-bk-02449 (collectively, the "Debtors,") with each individually being a "Debtor."

continue the preliminary hearing on LBC2's pending *Motion for Relief from Automatic Stay and/or for Adequate Protection* (Doc. No. 107) (the "Stay Relief Motion"), as well as the Debtors' response deadline and the Movants' deadline to file a joint prehearing statement in advance of the preliminary hearing.

For the reasons set forth in the Joint Motion, and for good cause having been shown, the Court hereby ORDERS as follows:

1. The Joint Motion is hereby GRANTED.

2. The preliminary hearing on the Stay Relief Motion is hereby continued to January 8, 2025 at 11:00 a.m. in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.

3. The deadline for the Debtor to respond in opposition to the Stay Relief Motion is hereby extended to January 2, 2025.

4. The deadline for the Movants to file a joint prehearing statement with respect to the preliminary hearing is hereby extended to January 3, 2025.

5. All other provisions of the Court's *Notice of Preliminary Hearing and Prehearing Order* not specifically modified by this Order shall remain in full force and effect. For clarity, the automatic stay of the 11 U.S.C. § 362 shall remain in effect through the continued hearing date.

IT IS SO ORDERED.

> THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
> AS INDICATED AT THE TOP OF THE FIRST PAGE.

/s/ Henry E. ("Ned") Hildebrand, IV
Henry E. ("Ned") Hildebrand, IV
Gray Waldron
R. Alex Payne
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 Overlook Boulevard, Suite 316
Brentwood, TN 37027
615.933.5851
ned@dhashville.com
*Counsel for the Debtors*

AND

/s/ David M. Anthony
David M. Anthony
EXO LEGAL PLLC
P.O. Box 121616
Nashville, TN 37212
615.869.0634
david@exolegal.com
*Counsel for LBC2 Trust*